UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-CR-20075-CMA

UNITED STATES OF AMERICA

v.

GABRIEL DONATO-MENDEZ,

      **Defendant.**
_____/

Witness and Exhibit List

| USA No. | Def. No. | Date Offered | Date admitted | Witness | Presiding Judge: The Honorable Cecilia M. Altonaga | Government Attorneys Daniel Rosenfeld Stefan Diaz Espinosa | Defendant's Attorney: AFPD Andrew Jacobs AFPD Ian McDonald |
|---|---|---|---|---|---|---|---|
| | | | | | | Court Reporters: Stephanie McCarn | Courtroom Deputy: Patricia Snead |
| 1. | | | | 11/18/24 | Alexander Douville | | |
| 2. | | | | 11/18/24 | Marie A. Roth | | |
| 3. | | | | 11/18/24 | Amanda Leigh Barlow | | |
| 4. | | | | 11/18/24 | Pedro M. Nazario | | |
| 5. | | | | 11/19/24 | Maria Arias Parra | | |
| 6. | | | | 11/19/24 | Dario Garvis | | |
| 7. | | | | 11/19/24 | Giovanni Garcia | | |
| 8. | | | | 11/19/24 | Luis E. Pellicier | | |
| 9. | | | | 11/19/24 | Vladimir Munoz Hernandez | | |
| 10. | | | | 11/19/24 | Migel Vilches | | |
| 1 | | 11/18 | 11/18 | | Firearms | | |
| 1A | | 11/18 | 11/18 | | 22 AR-15 80% lower receiver (223) | | |

| Presiding Judge: The Honorable Cecilia M. Altonaga | | | | | Government Attorneys Daniel Rosenfeld Stefan Diaz Espinosa | Defendant's Attorney: AFPD Andrew Jacobs AFPD Ian McDonald |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporters: Stephanie McCarn | Courtroom Deputy: Patricia Snead |
| 1B | | 11/18 | 11/18 | | 2 AR-10 80% lower receiver (.308) | |
| 1C | | 11/18 | 11/18 | | 9 AR-15 Upper Receivers (stripped) | |
| 1D | | 11/18 | 11/18 | | 2 AR-10 Upper receivers | |
| 1E | | 11/18 | 11/18 | | 13 Rifle Barrels | |
| 1F | | 11/18 | 11/18 | | 38 AR-15 Pistol Grip | |
| 1G | | 11/18 | 11/18 | | 39 AR-15 Picatinny Handrails | |
| 1H | | 11/18 | 11/18 | | 32 AR-15 Barrel Nuts | |
| 1I | | 11/18 | 11/18 | | 21 AR-15 Butt Stocks | |
| 1J | | 11/18 | 11/18 | | 34 AR-15 Charging Handles | |
| 1K | | 11/18 | 11/18 | | 38 AR Bolt Carrier Groups | |
| 1L | | 11/18 | 11/18 | | 34 AR-15 Gas Tubes | |
| 1M | | 11/18 | 11/18 | | 41 AR-15 Dust Covers | |
| 1N | | 11/18 | 11/18 | | AR-15 Gas Block | |
| 1O | | 11/18 | 11/18 | | AR-15 Receiver Ext. Nuts with Butt Stock Collar Tube Lock | |
| 1P | | 11/18 | 11/18 | | AR-15 Buffer Tube | |
| 1Q | | 11/18 | 11/18 | | AR-15 Buffers | |
| 1R | | 11/18 | 11/18 | | AR-15 Forward Assist | |
| 1S | | 11/18 | 11/18 | | AR-15 Buffer Springs | |
| 1T | | 11/18 | 11/18 | | AR-15 Muzzle Brake | |
| 1U | | 11/18 | 11/18 | | Boxes | |
| 1V | | 11/18 | 11/18 | | 25 AR-15 Lower Receivers | |
| 1W | | 11/18 | 11/18 | | 25 AR-15 Upper Receiver | |

| Presiding Judge: The Honorable Cecilia M. Altonaga | | | | | Government Attorneys Daniel Rosenfeld Stefan Diaz Espinosa | Defendant's Attorney: AFPD Andrew Jacobs AFPD Ian McDonald |
|---|---|---|---|---|---|---|
| USA No. | Def. No. | Date Offered | Date admitted | Witness | Court Reporters: Stephanie McCarn | Courtroom Deputy: Patricia Snead |
| 1X |  | 11/18 | 11/18 |  | 25 AR-15 Barrels | |
| 1Y |  | 11/18 | 11/18 |  | 25 AR-15 Butt Stocks | |
| 1Z |  | 11/18 | 11/18 |  | Pictures of Firearms Parts | |
| 3 |  | 11/18 | 11/18 |  | Mendez Photo Array (Mare Roth) | |
| 4 |  | 11/18 | 11/18 |  | January 11, 2019 email between Gabriel Mendez and Marie Roth | |
| 5 |  | 11/18 | 11/18 |  | January 15, 2019 email between Gabriel Mendez and Marie Roth | |
| 6 |  | 11/18 | 11/18 |  | January 16, 2019 (6:57 P.M.) email between Gabriel Mendez and Marie Roth | |
| 7 |  | 11/18 | 11/18 |  | January 16, 2019 (7:01 P.M.) email between Gabriel Mendez and Marie Roth | |
| 8 |  | 11/18 | 11/18 |  | January 17, 2019 email between Gabriel Mendez and Marie Roth | |
| 9 |  | 11/18 | 11/18 |  | January 22, 2019 email between Gabriel Mendez and Marie Roth | |
| 10 |  | 11/18 | 11/18 |  | Email chain between Gabriel Mendez and Daytona Tactical | |
| 11 |  | 11/18 | 11/18 |  | Parts purchased from Daytona Tactical | |
| 12 |  | 11/18 | 11/18 |  | Picture of Donato-Mendez at Daytona | |
| 13 |  | 11/18 | 11/18 |  | Mendez Photo Array (Amanda Barlow) | |
| 14 |  | 11/18 | 11/18 |  | Photo of Seven Boxes | |
| 15 |  | 11/19 | 11/19 |  | Photo of Boxes with USPS Shipping Label | |
| 16 |  | 11/18 | 11/18 |  | Maps of Daytona, Port. St. Lucie, Miami, Florida | |
| 24 |  | 11/19 | 11/19 |  | Photo of Maria Phone 1 | |
| 25 |  | 11/19 | 11/19 |  | Photo of Maria Phone 2 | |

| USA No. | Def. No. | Date Offered | Date admitted | Witness | Presiding Judge: The Honorable Cecilia M. Altonaga | Government Attorneys Daniel Rosenfeld Stefan Diaz Espinosa | Defendant's Attorney: AFPD Andrew Jacobs AFPD Ian McDonald |
|---|---|---|---|---|---|---|---|
| | | | | | | Court Reporters: Stephanie McCarn | Courtroom Deputy: Patricia Snead |
| 26 | | 11/19 | 11/19 | | Photo of Maria Phone 3 | | |
| 27 | | 11/19 | 11/19 | | Photo of Maria Phone 4 | | |
| 28 | | 11/19 | 11/19 | | Screenshot of Mendez 2 | | |
| 29 | | 11/19 | 11/19 | | Screenshot of Mendez 3 | | |
| 30 | | 11/19 | 11/19 | | Transcription of screenshots | | |
| 32 | | 11/18 | 11/18 | | Interport Airway Bill | | |
| 33 | | 11/18 | 11/18 | | Interport Warehouse Receipt | | |
| 34 | | 11/18 | 11/18 | | Interport Cargo Release Receipt 2 E-Containers | | |
| 35 | | 11/19 | 11/19 | | Interview Clip 1 | | |
| 35A | | 11/19 | 11/19 | | Interview Clip 2 | | |
| 35B | | 11/19 | 11/19 | | Interview Clip 3 | | |
| 35C | | 11/19 | 11/19 | | Interview Clip 4 | | |
| 36 | | 11/18 | 11/18 | | Donato-Mendez Wages and Earnings | | |
| 37 | | 11/18 | 11/18 | | Donato-Mendez DAVID | | |
| 38 | | 11/18 | 11/18 | | Gabriel Mendez Passport Application | | |
| 39 | | 11/18 | 11/18 | | United States Munitions List 2019 (Excerpt) | | |
| 40 | | 11/18 | 11/18 | | F1cart2003@me.com Subscriber Information | | |
| 42 | | 11/19 | 11/19 | | Metallic Strap | | |
| 43 | | 11/18 | 11/18 | | AR-15 Parts on Poster Board | | |
| 44 | | 11/19 | 11/19 | | Donato-Mendez Travel Records | | |

**CERTIFICATE OF SERVICE**

  **I HEREBY CERTIFY** that on November 22, 2024, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.

            */s/ Daniel Rosenfeld*
            Daniel Rosenfeld
            Assistant United States Attorney