GOVERNMENT EXHIBIT
CASE NO. 24-CR-20075-CMA
EXHIBIT NO. 9

**From:** Gabriel Mendez
**To:** Marie Roth
**Subject:** Re: order
**Date:** Tuesday, January 22, 2019 8:40:20 PM

Hello Marie

Let me check with my partner and I confirm to you I have not been able to make the order because I'm missing some of the money Thanks


On Jan 22, 2019, at 2:22 PM, Marie Roth <stlucieguns@gmail.com> wrote:

> Hey Gabriel,
>
> The company you referred me to in Virginia is currently out of stock for the item you requested. Are there any other items I can order for you from a different vendor? I am asking around to acquire the items you asked for and will get you a price for them.
>
> Thank you,
>
> Marie
>
> --
> Thank you for choosing St Lucie Guns Inc for all your firearms needs.
>
> 

DEN_000682