

**From:** Daytona Tactical <daytonatactical@hotmail.com>
**Sent:** Thursday, March 14, 2019 1:56 PM
**To:** Vilches, Miguel A <Miguel.A.Vilches@ice.dhs.gov>
**Subject:** Fw: Gabriel M

we will forward all other information we have as well

Thanks,

Amanda

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Christy, Seth D. <Seth.D.Christy@usdoj.gov>
**Sent:** Wednesday, March 6, 2019 12:34 PM
**To:** Daytona Tactical
**Subject:** RE: Gabriel M

Please provide a direct phone number, so I can speak to you about this last order.

**From:** Daytona Tactical <daytonatactical@hotmail.com>
**Sent:** Monday, March 4, 2019 12:20 PM
**To:** Christy, Seth D. <Seth.Christy@atf.gov>
**Subject:** Re: Gabriel M

yes he left about 11. Apologies, we did not get a number from him

Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Christy, Seth D. <Seth.D.Christy@usdoj.gov>
**Sent:** Monday, March 4, 2019 11:53 AM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Did he leave yet?

Sent from my iPhone

On Mar 4, 2019, at 10:17 AM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

we are finishing getting the order together, he is here waiting now.

Thanks,

Amanda

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Christy, Seth D. <Seth.D.Christy@usdoj.gov>
**Sent:** Monday, March 4, 2019 8:47 AM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Also, once he gets there, if you can ask him for a good phone number, that would be very helpful.

Sent from my iPhone

On Mar 4, 2019, at 8:19 AM, Daytona Tactical <daytonatactical@hotmail.com> wrote:


Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Monday, March 4, 2019 7:44 AM

**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Good morning Amanda I'm in my way

Sent from my iPhone

On Mar 1, 2019, at 11:20 AM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

You added 10 lowers, 10 more stocks, 2 pistol kits, 2 308 kits and 2 308 lowers. That's an additional 6000

Thanks,
Amanda
Daytona Tactical Team
918 carswell ave
Holly hill, fl 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Friday, March 1, 2019 11:19:22 AM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

I do not understand yesterday's order was $ 10400 and the new order today $2920  why now it is$15,500? Supposed to be are $13320.

On Mar 1, 2019, at 10:48 AM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

We can do 15,500 for the entire order

Thanks,
Amanda
Daytona Tactical Team
918 carswell ave
Holly hill, fl 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Friday, March 1, 2019 10:39:44 AM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Unassembled please and I going to need this ones  too please 👎

10 kits of 👎

And 2 of 👍

<image2.jpeg>

And 2 of 👍

<image3.jpeg>

And 2 and 2 of 👍

<image4.jpeg>

Give me a good price so I can go for everything on Monday thanks again.


On Mar 1, 2019, at 7:54 AM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

these uppers are assembled or unassembled?


Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Thursday, February 28, 2019 9:14 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Perfect thanks I will be there Monday morning total kits are 84.

On Feb 28, 2019, at 9:05 PM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

We can do $10,400

Thanks,
Amanda
Daytona Tactical Team
918 carswell ave
Holly hill, fl 32117

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Thursday, February 28, 2019 8:49:02 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Hello Amanda I'm going to need 9 more kits of these please 👇 and

https://daytonatactical.com/products/ar15-rifle-kit-10-quadrail-1-x-8-upper-assembled-with-80-lower

And 25 kits of these 👇 with

<image2.jpeg>

And 25 kits of these 👇

<image3.jpeg>

And 25 kits of these 👇

<image4.jpeg>

Please give me a really good price so I can go on Monday morning thanks.

<f1cart2003gmail@me.com> wrote:

Hello Amanda

I need the price in 24 kits of this ones
Please remember it is cash thanks

https://daytonatactical.com/products/ar15-rifle-kit-10-quadrail-1-x-8-upper-assembled-with-80-lower

On Jan 24, 2019, at 1:07 PM, Gabriel Mendez <f1cart2003gmail@me.com> wrote:

Hello Amanda any news?

Sent from my iPhone

On Jan 21, 2019, at 7:43 PM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

Not sure what your question is? Can you let us know please

Amanda
Daytona Tactical Team
918 Carswell Ave
Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Tuesday, January 15, 2019 12:26:01 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Hello Gary

In the previous order the uppers are unassambled and in the 20 kits dont come the charging handles can you help me please.

On Nov 21, 2018, at 2:58 PM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

the build shop already has your order together unfortunately they cannot change it at this time


Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Wednesday, November 21, 2018 2:43 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

I'm going to change it for this one please <image1.png>

Sent from my iPhone

On Nov 21, 2018, at 1:38 PM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

pistol kits do NOT come with the stock, that is why you did not get them the first time. it is illegal to put a stock on it, without a special stamp

Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Wednesday, November 21, 2018 1:35 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

I need the same kit but with M4 collapsible stock no with pistol tube please.

Sent from my iPhone

On Nov 21, 2018, at 11:57 AM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

yes

Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Wednesday, November 21, 2018 11:56 AM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Hello again it is Gary waiting for me on Saturday?

Sent from my iPhone

On Nov 21, 2018, at 8:22 AM, Gabriel Mendez <f1cart2003gmail@me.com> wrote:

Good morning I will be there Saturday morning

Sent from my iPhone

On Nov 21, 2018, at 7:49 AM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

please let us know if you will be picking up on Saturday? we will close at 4 today and be closed until Monday the 26th.

Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Monday, November 19, 2018 2:35 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

$8400 works for you? I have $8000 and I need to find more to be able to go on Saturday

Sent from my iPhone

On Nov 19, 2018, at 2:20 PM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

$8500 is over $400 off of the total for the order.

Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Monday, November 19, 2018 2:17 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

$ 8350? please are 5 hours to drive for me

Sent from my iPhone

On Nov 19, 2018, at 2:10 PM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

$8500, and yes gary will be here Saturday before noon for pickup

Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Monday, November 19, 2018 2:09 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

You can do it for $ 8300 and I go on Saturday?

Sent from my iPhone

On Nov 19, 2018, at 1:30 PM, Daytona Tactical <daytonatactical@hotmail.com> wrote:

we can do this order for $8500, with the parts listed. we will need to know by Wednesday if anything changes, as our build shop will be closed Thursday until monday

Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Monday, November 19, 2018 1:09 PM
**To:** Daytona Tactical
**Subject:** Re: Gabriel M

Hello I need to buy the same order the last time but I need to change the support tube for a base support 👇20 of this ones
<image1.jpeg>
+1- 10.5 .223 Wylde HBAR AR-15/M4 Upper quadrail No Bcg or changing handle kit $179.99
 2 -AR-15 lower receiver Bulk 5 park black anodizel $439.90
1-10.5 AR-15 Flat Dark Upper 10 inch AR-15 keymod Rail with BCG in black color please $269.99
And
1-OD green 16" kit 300 AAC with lower $429.95
I need to know if I can make a good discount so I can go on Saturday to pick up everything thanks.

On Nov 2, 2018, at 1:17 PM, Daytona Tactical <Daytonatactical@hotmail.com> wrote:

yes, someone will be here until noon. you're wanting to pick up tomorrow?


Thanks,

Daytona Tactical Team

918 Carswell Ave

Holly Hill, FL 32117

---

**From:** Gabriel Mendez <f1cart2003gmail@me.com>
**Sent:** Friday, November 2, 2018 12:55 PM
**To:** Daytonatactical@hotmail.com
**Subject:** Re: Gabriel M


Hello do you open Saturdays and to what time?I need to buy 20 kits of this and can I in cash?

# 10.5 AR15 PISTOL KIT 10" QUADRAIL UPPER ASSEMBLED WITH 80% LOWER