80% Lower Receivers | Complete AR-15 Rifle Kits | AR-15 Lower Parts | AR-15 Uppers | AR-15 Pistol Kits       ABOUT US       BLOG       CART

**Daytona Tactical**

Search...          All Categories          CALL US
                                          **(386) 682-3885**          0

HOME    SHOP    80% LOWERS    RIFLE/PISTOL BUILD KITS ˟    RIFLE/PISTOL UPPERS ˟    UPPER/LOWER PARTS ˟    SIGHTS/OPTICS

BARRELS

GUNSMITHING    SALE ITEMS

HOME  /  SHOP  /  20" BURNT BRONZE 308 RIFLE KIT 15" FREE FLOAT KEYMOD RAIL

*2*



## 20" Burnt Bronze 308 Rifle Kit 15" Free Float Keymod Rail

( There are no reviews yet. )

~~$669.95~~ **$549.95**

20" Burnt Bronze 308 Rifle Kit 15" Free Float Keymod Rail

Availability: **In stock**
SKU: DT9-036
Category: .308 AR-10 Rifle Build Kits
Tag: 308 rifle kit

—    1    +        ADD TO CART

SHARE

DESCRIPTION    ADDITIONAL INFORMATION    REVIEWS (0)

# 20" Burnt Bronze .308 DPMS STYLE Rifle Kit 15" Free Float No Lower Receiver

- Chamber – .308 (For Shooting .308 and 7.62×51)
- Barrel Twist – 1×10
- Barrel Thread – 5/8 x 24
- Barrel Steel 4150 Nitride Finished
- Flash Hider – A2
- Handguard – 15" Burnt Bronze Free Float Keymod Rail
- Gas Block – .75 Low Profile Gas Block
- Upper Receiver – Flat-Top Upper
- Bolt Carrier Group – .308 Phosphate Bolt/Carrier Assy.
- Charging Handle – Included
- Lower Part Kit – Included



AO386-C

**GOVERNMENT EXHIBIT**

CASE NO.    24-CR-20075-CMA

EXHIBIT NO.    11

<u>Daytona Tactical</u>   Complete AR10  .308 Rifle Kit with everything needed to drop on to your 308 lower receiver. (Does not include Magazine, Jig/tooling or Sights)

| | |
|---|---|
| Weight | 10.5 lbs |
| Brand | <u>Daytona Tactical</u> |
| Barrel Chamber | <u>.308 Winchester</u> |
| Barrel Finish | <u>Nitride</u> |
| Barrel Gas Block | <u>.750"</u> |
| Barrel Gas System | <u>Rifle-Length</u> |
| Barrel Length | <u>20"</u> |
| Barrel Material | <u>Chrome Moly</u> |
| Barrel Thread | <u>5/8" x 24</u> |
| Barrel Twist | <u>1 x 10</u> |
| Caliber | <u>.308 AR-10</u> |
| Color | <u>Burnt Bronze</u> |
| Handguard Length | <u>15"</u> |
| Platform | <u>AR-10</u> |

## Reviews

There are no reviews yet.

Be the first to review "20" Burnt Bronze 308 Rifle Kit 15" Free Float Keymod Rail"

**Your rating**

**Your review** *

**Name** *

**Daytona Tactical**

Search...          All Categories          CALL US
(386) 682-3885          0

HOME    SHOP    80% LOWERS    RIFLE/PISTOL BUILD KITS ⁖    RIFLE/PISTOL UPPERS ⁖    UPPER/LOWER PARTS ⁖    SIGHTS/OPTICS

BARRELS

GUNSMITHING    SALE ITEMS

HOME  /  SHOP  /  AR-15 RIFLE KIT 10" QUADRAIL 1 X 8 UPPER ASSEMBLED WITH 80% LOWER





## AR-15 Rifle Kit 10" Quadrail 1 x 8 Upper Assembled WITH 80% Lower

( There are no reviews yet. )

~~$469.00~~ **$394.95**

AR15 Rifle Kit 10" Quadrail 1 x 8 Upper Assembled WITH 80% Lower

Availability: **In stock**

SKU: DT9-022

Categories: AR-15 Rifle Build Kits, AR-15 .223 / 5.56 Rifle Build Kits, Sale Items

Tags: 10" handguard, 16" barrel, ar-15 rifle kit, rifle kit

UPGRADE BOLT CARRIER GROUP IN KIT

| No Option Selected | ⌄ |
|---|---|

☐ Add Set Rear/Front Magpul Mbus Flip Up Sights (Black) ($74.95)
☐ Upgrade Barrel To Stainless Barrel ($16.95)
☐ Remove AR-15 80 Lower from Kit (-$40.00)

| Product Price $394.95 x 1 | $394.95 |
|---|---|
| Total | $394.95 |

—  1  +          ADD TO CART

SHARE

DESCRIPTION    ADDITIONAL INFORMATION    REVIEWS (0)

# Complete AR15 Rifle Kit 10" Quadrail WITH 80% Stripped Lower Receiver

### 16" M4 Feed Ramp Nitride 1×8 (Includes 80 percent Stripped Lower Receiver)

This rifle kit contains all components to complete YOUR Rifle. The rifle kit comes WITH the 80 percent machined stripped lower receiver)
(Does Not Include the Magazine or Sights).
**Upper Are 7075 T-6 Aluminum**

- **Chamber** – .223-5.56 , M4 Feed Ramp (Shoots both .223 and 5.56)
- **Barrel Twist** – 1×8
- **Barrel Thread** – 1/2×28
- **Barrel Steel** – 4150 Chrome Moly / Nitride Processed
- **Flash Hider** – A2 Flash Hider
- **Handguard** – 10" Quadrail Black Anodized
- **Gas Block** -.750 Low Profile gas block, Carbine Gas Tube with Pin
- **Upper Receiver** – M4 Flat-top Upper
- **Bolt Carrier Group** – Milspec M-16 Bolt/Carrier assy
- **Charging Handle** – Included
- **Lower Parts Kit** – Milspec Lower Parts Kit
- **Stock** – US Made 6 Position Black Stock w/ buffer and spring

**This is not an FFL Item because 80% Stripped Lower Receiver is not fully Machined and needs Machining to complete lower receiver.**

| | |
|---|---|
| Weight | 13 lbs |
| Brand | Daytona Tactical |
| Barrel Length | 16" |
| Barrel Chamber | 5.56 NATO |
| Barrel Twist | 1 x 8 |
| Barrel Thread | 1/2" x 28 |
| Barrel Finish | Nitride |
| Barrel Gas Block | .750" |
| Barrel Gas System | Carbine |
| Barrel Material | Chrome Moly |
| Caliber | .223/5.56 |
| Color | Black |
| Handguard Length | 10" |
| Platform | AR-15 |



80% Lower Receivers | Complete AR-15 Rifle Kits | AR-15 Lower Parts | AR-15 Uppers | AR-15 Pistol Kits

ABOUT US      BLOG      CART

Search...            All Categories

CALL US
**(386) 682-3885**

0

HOME     SHOP     80% LOWERS     RIFLE/PISTOL BUILD KITS     RIFLE/PISTOL UPPERS     UPPER/LOWER PARTS     SIGHTS/OPTICS

BARRELS

GUNSMITHING     SALE ITEMS

HOME  /  SHOP  /  80% AR-15 LOWER RECEIVER BULK 5 PACK BLACK ANODIZED

2



## 80% AR-15 Lower receiver Bulk 5 Pack Black Anodized

1 customer review  |  Add a review

~~$299.95~~ **$239.95**

80% AR-15 Lower Receiver 5 Pack – Black

SKU: DT1-022

Categories: 80% Lower Receivers, AR-15 80% Lower Receivers

Tags: 80%, lower receiver

−   1   +        ADD TO CART

SHARE



DESCRIPTION      ADDITIONAL INFORMATION      REVIEWS (1)

# 80% AR-15 Lower Receiver Bulk 5 Pack Black

The 80 percent AR-15 Lower receiver bulk pack is cnc machined from 7075-T6 forgings to Mil-Spec Machining Tolerance.  The Lower Receivers are then Bead Blasted and Hardcoat Type 3 Anodized Black for a lasting finish that is chip resistant and does not compromise the specifications like a thick coating such as powder coating would.  The Rear AR-15 upper receiver lug pocket is machined also to do dry fit on upper when checking for play between the lower and upper.

**The operations left to be completed on the 80% lower receiver in black are as follows:**

- Cut out the fire control group area.
- Drill the trigger pin hole.



80% Lower Receivers | Complete AR-15 Rifle Kits | AR-15 Lower Parts | AR-15 Uppers | AR-15 Pistol Kits    ABOUT US    BLOG    CART

Search...    All Categories

CALL US
**(386) 682-3885**

0

HOME    SHOP    80% LOWERS    RIFLE/PISTOL BUILD KITS ⁑    RIFLE/PISTOL UPPERS ⁑    UPPER/LOWER PARTS ⁑    SIGHTS/OPTICS

BARRELS

GUNSMITHING    SALE ITEMS

HOME / SHOP / 7.5" 5.56 FLAT DARK EARTH PISTOL KIT WITH LOWER





# 7.5" 5.56 Flat Dark Earth Pistol Kit with Lower

( There are no reviews yet. )

~~$479.95~~ **$419.95**

## 7.5" AR-15 5.56 Flat Dark Earth Pistol Kit with 80 Lower

Availability: **In stock**

SKU: DT10-004

Categories: AR-15 Pistol Build Kits, AR-15 .223 / 5.56 Pistol Build Kits

Tags: 7" handguard, ar-15 pistol kit, fde pistol kit, Flat Dark Earth FDE

UPGRADE BOLT CARRIER GROUP IN KIT

No Option Selected ⌄

☐ Add Set Rear/Front Magpul Mbus Flip Up Sights (Black) ($74.95)
☐ Upgrade Barrel To Stainless Barrel ($16.95)
☐ Remove AR-15 80 Lower from Kit (-$40.00)

Product Price $419.95 x 1          $419.95

Total                              $419.95



—  1  +    ADD TO CART

SHARE

DESCRIPTION    ADDITIONAL INFORMATION    REVIEWS (0)

# Flat Dark Earth Pistol Kit WITH FDE 80% Lower Receiver

7 1/2" Barrel M4 Feed Ramp Nitride 1×7 ( Includes Flat Dark Earth Stripped 80% Lower Receiver)

**Upper Are 7075 T-6 Aluminum**

This pistol kit contains all **Made In America** components to complete YOUR 5.56 pistol. The pistol kit (Does not include Magazine, Jig/tooling or Sights).

- **Chamber** – 5.56 Nato
- **Barrel Twist** – 1×7
- **Barrel Thread** – 1/2×28
- **Barrel Steel** – M4 Chrome Moly / Nitride Processed
- **Flash Hider** – A2 Flash Hider
- **Handguard** – 7" Free Float Slim Flat Dark Earth Keymod Rail
- **Gas Block** -.750 Low Profile gas block, pistol Gas Tube with Pin
- **Upper Receiver** – M4 Flat-top Upper with Feed Ramps
- **Bolt Carrier Group** – Mil-spec AR-15 Bolt/Carrier assembly
- **Charging Handle** – Included
- **Lower Parts Kit** – Mil-spec Lower Parts Kit
- **Stock** – US Made Pistol buffer Tube w/ buffer and spring

**This 5.56 complete Pistol Kit is not an FFL (Federal Firearms liscense) because the lower receiver is an 80% machined lower receiver.**

| | |
|---|---|
| Weight | 13 lbs |
| Brand | Daytona Tactical |
| Barrel Length | 7.5" |
| Barrel Chamber | 5.56 NATO |
| Barrel Twist | 1 x 7 |
| Barrel Thread | 1/2" x 28 |
| Barrel Material | Chrome Moly |
| Barrel Finish | Nitride |
| Caliber | .223/5.56 |
| Barrel Gas Block | .750" |
| Barrel Gas System | Pistol Length |
| Color | Flat Dark Earth – FDE |
| Handguard Length | 7" |
| Platform | AR-15 |

80% Burnt Bronze 308 Lower Receiver DPMS - Daytona Tactical

